# CT SYSTEM/THE CORPORTATION PROCESS COMPANY

205 East Bender, Suite 150
Hobbs, NM 88240
Tel. (575) 393-0505



RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

25 2011

MATTHEW J. DYKMAN
CLERK

May 23, 2011

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. NW,
Albuquerque, NM 87104

RE: Robert Manus and Nancy Manus, Pltfs. vs. DuPuy Orthopaedics, Inc. and Johnson & Johnson, Dfts. Case No. 1:110-CV-01162

Dear Mr. Branch:

We are herewith returning the Motion, Praecipe, and Proposed Order which we received regarding the above captioned matter.

Johnson & Johnson is not listed on our records or on the records of the State of New Mexico.

Very truly yours,

Christina Johnston
Process Specialist

CJ
Enclosures: As stated
xc: United States District Court
for the District of New Mexico

{00046195}

POST OFFICE BOX 2508
HOBBS, NEW MEXICO 88241-2508

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.44⁰
02 1P
0003896606 MAY 23 2011
MAILED FROM ZIP CODE 88240

RECEIVED
At Albuquerque NM
MAY 2 4 2011
MATTHEW J. DYKMAN
CLERK

United States District Court
for the District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd.
Albuquerque, NM 87102