**U.S. District Court**
**District of New Mexico – Version 4.1.1 (Albuquerque)**
**CIVIL DOCKET FOR CASE #: 1:10–cv–01162–JCH –DJS**

| | |
|---|---|
| Manus et al v. Dupuy Orthopaedics, Inc. et al | Date Filed: 12/07/2010 |
| Assigned to: District Judge Judith C. Herrera | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Don J. Svet | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity–Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Robert Manus**      represented by      **Turner W. Branch**
Branch Law Firm
2025 Rio Grande Blvd, NW
Albuquerque, NM 87104
(505) 243–3500
Fax: 243–8319
Email: tbranch@branchlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent M Ferrel**
Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
505–243–3500
Fax: 505–243–3534
Email: bferrel@branchlawfirm.com
*ATTORNEY TO BE NOTICED*

**Margaret Moses Branch**
Branch Law Firm
2025 Rio Grande Blvd, NW
Albuquerque, NM 87104
(505) 243–3500
Email: mbranch@branchlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Manus**      represented by      **Turner W. Branch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent M Ferrel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret Moses Branch**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dupuy Orthopaedics, Inc.**

**Defendant**

**Johnson &Johnson**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2010 | Ï 1 | COMPLAINT *for Personal Injury; Negligence, Strict Liability, Failure to Warn, Design Defect, Manufacturing Defect, Breach of Express Warranty, Breach of Implied Warranty of Merchantability, Breach of Implied Warranty of Fitness, Fraudulent Misrepresentation, Negligent Misrepresentation Fraudulent Concealment, Punitive Damages and Loss of Consortium and Demand for Jury Trial* against Dupuy Orthopaedics, Inc., Johnson &Johnson ( Filing Fee – Deliver Payment), filed by Robert Manus, Nancy Manus.(Branch, Turner) (Entered: 12/07/2010) |
| 12/07/2010 | Ï 2 | APPENDIX/SUPPLEMENT re 1 Complaint,, *Civil Cover Sheet* by Nancy Manus, Robert Manus (Branch, Turner) (Entered: 12/07/2010) |
| 12/07/2010 | Ï 3 | Filing fee: $ 350.00, receipt number 13881 (eh)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/07/2010) |
| 12/07/2010 | Ï | United States Magistrate Judge W. Daniel Schneider and United States Magistrate Judge Don J. Svet assigned. (ln) (Entered: 12/07/2010) |
| 12/07/2010 | Ï 4 | PLEASE TAKE NOTICE that this case has been randomly assigned to United States Magistrate Judge W. Daniel Schneider to conduct dispositive proceedings in this matter, including motions and trial. Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. **It is the responsibility of the case filer to serve a copy of this Notice upon all parties with the summons and complaint.** *Consent is strictly voluntary, and a party is free to withhold consent without adverse consequences. Should a party choose to consent, notice should be made no later than 21 days after entry of the Order setting the Rule 16 Initial Scheduling Conference.* For e–filers, visit our Web site at www.nmcourt.fed.us for more information and instructions.<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (ln) (Entered: 12/07/2010) |
| 12/07/2010 | Ï | Summons Issued as to Dupuy Orthopaedics, Inc. and Johnson &Johnson. (ln) (Entered: 12/07/2010) |
| 04/12/2011 | Ï 5 | ORDER TO SHOW CAUSE by Magistrate Judge Don J. Svet: Show Cause Response due by 5/16/2011. (kjg) (Entered: 04/12/2011) |
| 04/12/2011 | Ï 6 | SUMMONS Returned Executed by Robert Manus, Nancy Manus. Dupuy Orthopaedics, Inc. served on 12/14/2010, answer due 1/4/2011. (Branch, Turner) (Entered: 04/12/2011) |
| 04/12/2011 | Ï 7 | SUMMONS Returned Executed by Robert Manus, Nancy Manus. Johnson &Johnson served on 12/14/2010, answer due 1/4/2011. (Branch, Turner) (Entered: 04/12/2011) |
| 04/12/2011 | Ï 8 | *Plaintiffs'* RESPONSE *to* re 5 Order to Show Cause filed by Nancy Manus, Robert Manus. (Branch, Turner) (Entered: 04/12/2011) |
| 05/04/2011 | Ï 9 | ORDER by Magistrate Judge Don J. Svet QUASHING ORDER TO SHOW CAUSE and directing Plaintiffs to take steps to move the case forward within 60 days. (kjg) (Entered: |

| | | |
|---|---|---|
| | | 05/04/2011) |
| 05/19/2011 | 10 | MOTION for Default Judgment as to by Nancy Manus, Robert Manus. (Ferrel, Brent) (Entered: 05/19/2011) |
| 05/20/2011 | 11 | MOTION for Default Judgment as to by Nancy Manus, Robert Manus. (Attachments: # 1 Supplement)(Ferrel, Brent) (Entered: 05/20/2011) |
| 05/20/2011 | 12 | PRAECIPE *for Default Judgment* by Nancy Manus, Robert Manus (Ferrel, Brent) (Entered: 05/20/2011) |
| 05/23/2011 | 13 | Clerk's ENTRY OF DEFAULT as to defendants (ln) (Entered: 05/23/2011) |
| 05/25/2011 | 14 | Letter by CT System/The Corporation Process Company addressed to Plaintiffs' attorney, Turner W. Branch and copied to the United States District Court for the District of New Mexico returning documents 11 MOTION and 12 PRAECIPE indicating that Johnson &Johnson is not listed on their records or on the records of the State of New Mexico. (mr) (Entered: 05/31/2011) |
| 06/02/2011 | 15 | MINUTE ORDER reassigning District Judge Judith C. Herrera. Magistrate Judge W. Daniel Schneider no longer assigned to case. (ah) (Entered: 06/02/2011) |